**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

Shameika L.
o/b/o D.D.B,

               Plaintiff,                     23 **CIVIL** 9174 (VR)

      -against-                        **JUDGMENT**

Martin O'Malley, Commissioner of Social
Security Administration,

               Defendant.
-------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

set forth in the Court's Opinion & Order dated March 27, 2025, Plaintiff's motion for judgment

on the pleadings is DENIED and the Commissioner's cross-motion for judgment on the pleadings

is GRANTED.

**Dated:**  New York, New York
       March 27, 2025

 

 

**TAMMI M. HELLWIG**

_____
**Clerk of Court**

**BY:**      _Ngam Dulel_

_____
**Deputy Clerk**